USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/06

225-06/MEU
UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GARDA SHIPPING CO. LIMITED,

      Plaintiff,

-against-

INTERNATIONAL OIL OVERSEAS INC.
a/k/a IOOI and MARINA WORLD SHIPPING CORP.,

      Defendants.
----------------------------------------------------------x

06 – Civ. 3139 (KPC)

ECF CASE

**ORDER DIRECTING RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

W H E R E A S, the Plaintiff GARDA SHIPPING CO. LIMITED ("GARDA") commenced this action with the filing of a Verified Complaint on April 26, 2006; and

W H E R E A S, on application of the Plaintiff, Process of Maritime Attachment and Garnishment ("PMAG") was issued on April 24, 2006 pursuant to Supplemental Rule B directing the restraint of assets of Defendant INTERNATIONAL OIL OVERSEAS INC. ("IOOI") in the amount of $230,114.13; and

W H E R E A S, the PMAG was subsequently served on several banking institutions including ABN Amro Bank and JP Morgan Chase & Co.; and

W H E R E A S, funds have been restrained at ABN Amro Bank and JP Morgan Chase & Co. pursuant to the subject PMAG; and

NYDOCS1/263113.1

W H E R E A S , Plaintiff GARDA and Defendant IOOI have now settled the claim of Plaintiff GARDA;

N O W  T H E R E F O R E , on application of Plaintiff GARDA it is hereby

O R D E R E D , that the Attachment Order is vacated and all garnishee banks upon whom the PMAG has been served are directed to release all funds restrained in this action in accordance with wire transfer instructions to be provided by Defendant IOOI; and

I T  I S  F U R T H E R  O R D E R E D , that this action is discontinued with prejudice and without costs to either party.

Dated: New York, New York
       June 15, 2006

SO ORDERED:

_____
Hon. P. Kevin Castel, U.S.D.J.